UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angalique Daysharie Gibbs,

Plaintiff

v.

State of Nevada, et al.,

Defendants

Case No. 2:26-cv-01428-CDS-BNW

**Order Accepting the Magistrate Judge's Report and Recommendation**

[ECF No. 3]

Pro se plaintiff Angalique Daysharie Gibbs brings this civil rights complaint against the State of Nevada, Assistant District Attorney Kassandra Acosta, District Court Judge Mendoza, and court clerks Steve Grierson and Anntoinette Naumec-Miller, alleging that the defendants violated her constitutional rights through their actions in a state criminal case. Compl., ECF No. 1-1. Upon screening, U.S. Magistrate Judge Brenda Weksler issued an order and report and recommendation (R&R) to dismiss Gibbs's complaint because Gibbs's claims were frivolous and because all the defendants are entitled to immunity from suit. ECF No. 3 at 3 & n. 1. The magistrate judge further explained that dismissal is appropriate because federal courts may not intervene in ongoing state criminal cases. *Id.* at 3 (citing *Younger v. Harris*, 401 U.S. 37 (1971)).

Under Local Rule IB 3-2(a) and 28 U.S.C. § 636(b)(1)(C), Gibbs had fourteen days—until June 3, 2026—to file any specific, written objections to the magistrate judge's R&R. *Id.* at 5. However, Gibbs neither objected nor requested more time to do so. However, although de novo review is not required,[1] I nonetheless made an independent review here and agree that Gibbs's complaint must be dismissed with prejudice on immunity grounds. It is well established that district attorneys, state court judges, and state court clerks are generally immune from suit

---

[1] "No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

for actions taken in their official capacity. *Cellery v. Kocka*, 2024 WL 3678552, at *2 (D. Nev. July 11, 2024); *see also Whole Woman's Health v. Jackson*, 595 U.S. 30, 39 (2021); *Simmons v. Sacramento County Superior Court*, 318 F.3d 1156, 1161 (9th Cir. 2003). As all the defendants are clearly immune from suit for their alleged acts, amendment would be futile. *Lopez v. Smith*, 203 F.3d 1122, 1127–29 (9th Cir. 2000) (dismissal with leave to amend is appropriate "unless [the court] determines that the pleading could not possible be cured by the allegation of other facts"). Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

**Conclusion**

It is ordered that the magistrate judge's report and recommendation **[ECF No. 3] is accepted and adopted in its entirety.** This action is dismissed with prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

Dated: September 10, 2026

Cristina D. Silva
United States District Judge